# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIAM W. WEISS,

         v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

JUDGMENT IN A CIVIL CASE

Case No. 10-5650RBL-KLS

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Based on Plaintiff's Motion and the agreement of the parties, it is hereby ORDERED that Plaintiff's Complaint in this Matter is Dismissed with prejudice.

| April 11, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk